**STATE of Missouri,
Plaintiff-Respondent,**

v.

**Raymond I. HAYES,
Defendant-Appellant.**

**No. WD 34398.**

Missouri Court of Appeals,
Western District.

May 10, 1983.

David M. Strauss and Russell C. Still, Columbia, for defendant-appellant.

John Ashcroft, Atty. Gen., and Melinda Corbin, Asst. Atty. Gen., Jefferson City, for plaintiff-respondent.

Before TURNAGE, P.J., and PRITCHARD and KENNEDY, JJ.

### ORDER

PER CURIAM:

Appeal from conviction for forcible rape, § 566.030, RSMo (Supp.1981).

Affirmed. Rule 30.25(b).